1
2
3
4

UNITED STATES DISTRICT COURT

5

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

6

**(HONORABLE THOMAS J. WHELAN)**

7

8   **UNITED STATES OF AMERICA,**          ) CASE NO.: 03-CR-850-W-3

9              Plaintiff,                   ) **ORDER**

10  v.                                      ) **GRANTING UNOPPOSED**
                                            ) **MOTION TO REDUCE**
11  **JOHN HARRELL,**                       ) **SENTENCE UNDER THE**
                                            ) **FIRST STEP ACT OF 2018**
12             Defendant.                   )

13  ─────────────────────────────────

14
15        **IT IS HEREBY ORDERED** that Defendant's unopposed motion for a

16  reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First

17  Step Act of 2018 (ECF No. 1063), is GRANTED. The custodial component of the

18  sentence imposed on January 7, 2008 in this case is hereby VACATED; all other, non-

19  custodial aspects of the sentence REMAIN IN PLACE. The Defendant is accordingly

20  resentenced to 205 months (time served), effective upon the filing of this Order and as

21  reflected in the Amended Judgment issued concurrently herewith.

22        **IT IS SO ORDERED**.

23
24  Dated: 4/20/20        _____

25                        **HONORABLE THOMAS J. WHELAN**
                          United States District Court Judge

26
27
28